UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW CATANZARO,

        Plaintiff,                     CIVIL ACTION NO. 10-CV-14554

  vs.                               DISTRICT JUDGE NANCY G. EDMUNDS

CARR, et al.,                     MAGISTRATE JUDGE MONA K. MAJZOUB

        Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO ADD EXHIBITS TO HIS CROSS-MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 61)

Plaintiff moves for leave to add exhibits to his Cross-Motion for Summary Judgment filed at docket number 45. (Docket no. 61). The motion is unopposed. All pretrial matters have been referred to the undersigned for action. (Docket no. 10). The Court dispenses with oral argument on the motion pursuant to E.D. Mich. LR 7.1(f). The Court will grant Plaintiff's motion and will consider the exhibits attached to the present motion relative to Plaintiff's pending Cross-Motion for Summary Judgment.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Add Exhibits to his Cross-Motion for Summary Judgment (docket no. 61) is **GRANTED**.

1

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).


Dated: September 1, 2011          s/ Mona K. Majzoub
                                  MONA K. MAJZOUB
                                  UNITED STATES MAGISTRATE JUDGE


## **PROOF OF SERVICE**

I hereby certify that a copy of this Order was served upon Matthew Catanzaro and Counsel of Record on this date.

Dated: September 1, 2011          s/ Lisa C. Bartlett
                                  Case Manager

2