UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Matthew Catanzaro,

        Plaintiff,                       Case No. 10-14554

v.                                        Hon. Nancy G. Edmunds

Carr, et al.,

        Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that the Motion for Partial Summary Judgment filed by Defendant Marble [#78] and the Cross Motion for Summary Judgment filed by Plaintiff [#103] are DENIED AS MOOT, and Defendant Marble's Motion to Strike Plaintiff's Cross Motion for Summary Judgment [#108] is TERMINATED.

        SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: June 25, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 25, 2012, by electronic and/or ordinary mail.

                                      s/Carol A. Hemeyer
                                      Case Manager