UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Matthew Catanzaro,

        Plaintiff,                              Case No. 10-14554

v.                                                      Hon. Nancy G. Edmunds

Carr, et al.,

        Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that the Second Motion for Summary Judgment filed by Defendants Linda Adams and Patrick Palvo [#93] and the Second Motion for Summary Judgment filed by Defendants Robert Carr, Rosana Souza, Cef Suarez, Anthony King, Stephen DeBoer, and Andrea Tobias [#99] are hereby GRANTED, Plaintiff's Cross Motions for Summary Judgment [# 107, 117] are DENIED, and Defendants Adams, Pavlo, Carr, Souza, Suarez, King, DeBoer, and Tobias are DISMISSED from this lawsuit.

      SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated:  June 25, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 25, 2012, by electronic and/or ordinary mail.

                                          s/Carol A. Hemeyer
                                          Case Manager